OPINION — AG — ** CRIMINAL STATUTES — COMMUNITY SERVICE IN LIEU OF PRISON ** A PERSON ORDERED TO PERFORM " COMMUNITY SERVICE WITHOUT COMPENSATION " UNDER THE GENERAL SENTENCING STATUTE, 22 O.S. 991 [22-991](A), IS NOT INCLUDED AS AN " EMPLOYEE " OF THE STATE FOR PURPOSE OF THE WORKMEN'S COMPENSATION ACT, 85 O.S. 1 [85-1] ET SEQ., AS AMENDED. (PRISONER, UNCOMPENSATED, EMPLOYEE, INCARCERATED) CITE: 22 O.S. 991 [22-991](A), 85 O.S. 3 [85-3](8), 85 O.S. 1 [85-1] [85-1], 85 O.S. 3 [85-3](8) (GUY L. HURST)